# United States Court of Appeals
## For the First Circuit

No. 20-1833

SHANA SWENSON

Plaintiff - Appellant

v.

FALMOUTH PUBLIC SCHOOLS

Defendant - Appellee

**JUDGMENT**

Entered: December 17, 2020
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of stipulation, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:

Maria R. Hamilton, Clerk

cc:
Sally A. Morris
Jeremy M. Cerutti
Melissa A. Hewey
Jeana McCormick